IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROYLEE SMITH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-069
)
CHATHAM COUNTY DISTRICT OFFICE, )
DA's municipality; FRANK )
PENNINGTON; EMILY PUHALA; )
SHALENA COOK JONES; and ANA )
HELENA ALLEN; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which objections have been filed (Doc. 6). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to enter the restrictions as outlined on pages six through nine of the Magistrate Judge's Report and Recommendation, and to close this case.

SO ORDERED this 2ⁿᵈ day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA